In re: STRATUS PHARMACEU-TICALS, INC. Debtor.

Stratus Pharmaceuticals, Inc., Plaintiff–Appellant,

v.

State Farm Florida Insurance Company, Defendant–Appellee.

Stratus Pharmaceuticals, Inc., Plaintiff–Appellant,

v.

United National Insurance Company, Defendant–Appellee.

Nos. 05–12272, 04–CV–21167, 04–CV–21168.

United States Court of Appeals, Eleventh Circuit.

April 4, 2006.

Thomas R. Lehman, John Scott McPhee, Tew Cardenas, LLP, Miami, FL, for Debtor/Plaintiff–Appellant.

Richard Alan Warren, Hicks & Kneale, P.A., Miami, FL, for Defendant–Appellee, State Farm Florida Insurance Company.

Michael W. McCoy, Fowler Rodriguez & Chalos, Houston, TX, Matthew S. Kish, Fowler, Rodriguez & Chalos, Coral Gables, FL, for Defendant–Appellee, United National Insurance Company.

Before TJOFLAT and HULL, Circuit Judges, and RESTANI,* Judge.

---

* Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

PER CURIAM:

After review and oral argument, we affirm the grant of summary judgment in favor of defendants State Farm Florida Insurance Company and United National Insurance Company for the reasons set forth in the district court's March 18, 2005, order.